DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Plaintiff*

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS,

Plaintiff,

vs.

HOLLOW DE ORO HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; and WILLISTON INVESTMENT GROUP, LLC,

Defendants.

Case No.: 2:16-cv-00675-JCM-VCF

**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO RESPOND TO DEFENDANT HOLLOW DE ORO HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS [ECF NO. 6]**

**(First Request)**

Plaintiff Bank of America, N.A. (**BANA**) and defendant Hollow de Oro Homeowners' Association (**Hollow de Oro**) hereby stipulate and agree as follows:

The parties hereby stipulate and agree BANA's time to respond to Hollow de Oro's motion to dismiss filed April 20, 2016, (ECF No. #6) shall be continued from May 9, 2016 until June 10, 2016.

. . .

. . .

. . .

. . .

This is the first request for an extension of this deadline. BANA requests the additional time to afford it the opportunity to adequately respond to Hollow de Oro's motion to dismiss in a coordinated manner, as the same or similar motion by these and similarly-situated parties have been filed in other cases. The parties submit this request in good faith without the purpose of undue delay.

DATED this 6th day of May, 2016

**AKERMAN LLP**

*/s/ Tenesa S. Scaturro, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff*

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ H. Sunny Jeong, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
H. SUNNY JEONG, ESQ.
Nevada Bar No. 12981
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant Hollow de Oro Homeowners' Association*

**ORDER**

IT IS SO ORDERED:

_______________________________
UNITED STATES DISTRICT JUDGE

DATED: May 6, 2016



AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572