UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

BANK OF AMERICA, *et al.*,

          Plaintiffs,

vs.

HOLLOW DE ORO HOMEOWNERS' ASSOCIATION, *et al.*,

          Defendants.

2:16-cv-00675-JCM-VCF

**ORDER**

      Before the court is *Bank of America, et al., vs. Hollow De Oro Homeowners' Association, et al.*, case number 2:16-cv-00675-JCM-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., July 1, 2016, in courtroom 3C. The hearing will be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

      DATED this 16th day of June, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE