DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS,<br><br>Plaintiff,<br>vs.<br><br>HOLLOW DE ORO HOMEOWNERS' ASSOCIATION; ABSOLUTE COLLECTION SERVICES, LLC; and WILLISTON INVESTMENT GROUP, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00675-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR BANK OF AMERICA, N.A. TO OPPOSE WILLISTON INVESTMENT GROUP, LLC'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 31] AND FOR WILLISTON INVESTMENT GROUP, LLC TO OPPOSE BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 30]**<br><br>**(FIRST REQUEST)** |

Plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans (**BANA**) and defendants Hollow de Oro Homeowners' Association (**Hollow**) and Williston Investment Group, LLC (**Williston**) hereby stipulate and agree as follows:

The parties hereby stipulate and agree Hollow's and Williston's deadline to respond to BANA's motion for summary judgment filed on March 16, 2017 (ECF No. 30) and BANA's deadline to respond to Hollow's and Williston's motions for summary judgment, also both filed on March 16, 2017 (ECFs No. 31 and 32) shall be each continued from April 6, 2017 until April 20, 2017. BANA, Hollow, and Williston require the additional time to assess the arguments presented in the motions for summary judgment and prepare their responses, given the importance of the arguments presented.

. . .

This is the first request for an extension of this deadline. The parties submit this request in good faith without the purpose of undue delay.

DATED this 7th day of April, 2017.

| | |
|---|---|
| **AKERMAN LLP** | **MAIER GUTIERREZ AYON** |
| */s/ Tenesa S. Scaturro* | */s/ Luis A. Ayon* |
| DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>DANIELLE J. BARRAZA, ESQ.<br>Nevada Bar No. 13822<br>8816 Spanish Ridge Avenue<br>Las Vegas, NV 89148 |
| *Attorneys for Plaintiff Bank of America, N.A.* | *Attorneys for Defendant Williston Investment Group, LLC* |

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ Eric N. Tran*

J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
ERIC N. TRAN, ESQ.
Nevada Bar No. 11876
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendant Hollow De Oro Homeowners' Association*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2017