# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00675-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER RE: MOTION TO WITHDRAW |
| HOLLOW DE ORO HOMEOWNERS' ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is Maier Gutierrez & Associates' motion to withdraw as attorney for Defendant Williston Investment Group, LLC ("Defendant"). Docket No. 46. No later than May 23, 2017, Luis A. Ayon, Esq., who is also listed as counsel of record, shall file a notice indicating whether he intends to remain as counsel of record for Defendant.

IT IS SO ORDERED.

DATED: May 19, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge