# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | )<br>) Case No. 2:16-cv-00675-JCM-NJK |
| Plaintiff(s), | )<br>) ORDER |
| | ) |
| HOLLOW DE ORO HOMEOWNERS' ASSOCIATION, et al., | )<br>) |
| | ) |
| Defendant(s). | ) |

On May 18, 2017, Maier Gutierrez & Associates filed a motion to withdraw as attorney for Defendant Williston Investment Group, LLC ("Defendant"). Docket No. 46. On May 19, 2017, therefore, the Court ordered Luis A. Ayon, Esq., who is also listed as counsel of record, to file a notice indicating whether he intends to remain as counsel of record for Defendant. Docket No. 47. To date, Mr. Ayon has not complied with the Court's order. *See* Docket.

Accordingly, the Court **ORDERS** Mr. Ayon to file a notice indicating whether he intends to remain as counsel of record for Defendant, no later than May 29, 2017. Failure to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: May 26, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge