# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

    Plaintiff(s),

HOLLOW DE ORO HOMEOWNERS' ASSOCIATION, et al.,

    Defendant(s).

Case No. 2:16-cv-00675-JCM-NJK

ORDER

Pending before the Court is an order to show cause arising out of the failure of Luis Ayon, Esq. to comply with three deadlines set by the Court. Docket No. 49. The Court has now received Mr. Ayon's response. Docket No. 50. The response is not satisfactory. If an attorney finds he cannot meet with a deadline set by the Court, the proper solution is to seek an extension rather than simply allowing the deadline to lapse.

The Court hereby **WARNS** Mr. Ayon and Defendant Williston Investment Group, LLC that it expects strict compliance with its orders moving forward. The order to show cause is otherwise discharged.

IT IS SO ORDERED.

DATED: June 14, 2017.

                                      NANCY J. KOPPE
                                      United States Magistrate Judge